UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| EVELYN J. MUNCIE ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 5:09-CV-394-KSF |
| vs. ) | *Electronically Filed* |
| ) | |
| KINDRED NURSING CENTERS ) | |
| LIMITED PARTNERSHIP (d/b/a) ) | |
| FOUNTAIN CIRCLE HEALTH ) | |
|  AND REHABILITATION ) | |
| ) | |
| Defendant ) | |

**AGREED ORDER DISMISSING SETTLED**

The parties having notified the Court that the above matter has been settled and resolved to their mutual satisfaction, and having moved the Court to enter an Order reflecting said resolution, and the Court being otherwise sufficiently informed,

IT IS HEREBY ORDERED that the above matter be, and is hereby, dismissed with prejudice. It is further Ordered that the parties shall each pay their respective costs hereof.

2

Agreed to and tendered by:

/s/ Andrew Dutkanych (with permission)         /s/ Samuel H. DeShazer
_____                _____
Andrew Dutkanych                                Samuel H. DeShazer
Biesecker, Dutkanych & Macer, LLC               A. Courtney Guild, Jr.
101 North Seventh Street                        Hall, Render, Killian, Heath & Lyman, P.S.C
Louisville, Kentucky   40202                    614 W. Main Street, Suite 4000
(502) 561-3418                                  Louisville, Kentucky   40202
                                                (502) 568-1890

COUNSEL FOR PLAINTIFF                           COUNSEL FOR DEFENDANT